# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUILON ENTERPRISES LLC, d/b/a SHELL OIL PRODUCTS,<br><br>Defendant. | Case No.: 24-CV-75-CAB-DEB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

At a hearing on May 23, 2024, the Court granted Defendant's motion to dismiss [Doc. No. 10] and set a deadline of June 14, 2024, for Plaintiff to file an amended complaint. [Doc. No. 16.] This deadline has passed, and no amended complaint has been filed. Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE** the case. No further filings will be accepted.

It is **SO ORDERED**.

Dated: June 20, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge